1

2　　　　　　　　　　　UNITED STATES DISTRICT COURT

3　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

4　　　　　　　　　　　SAN FRANCISCO DIVISION

5

6　　D.B.,[1]　　　　　　　　　　　　　　Case No.　24-cv-00295-PHK

7　　　　　　　　Plaintiff,　　　　　　　**ORDER TO SHOW CAUSE RE:**
　　　　　　　　　　　　　　　　　　　　　**FAILURE TO PROSECUTE AND**
8　　　　　　v.　　　　　　　　　　　　　**FAILURE TO COMPLY WITH COURT**
　　　　　　　　　　　　　　　　　　　　　**ORDER**
9　　MARTIN J. O'MALLEY,
　　　　　　　　　　　　　　　　　　　　　Re: Dkt. 20
10　　　　　　　　Defendant.

11

12　　　　　　On January 18, 2024, *pro se* Plaintiff D.B. ("Plaintiff") filed a complaint seeking judicial

13　　review of a final decision by the Commissioner of the Social Security Administration, Defendant

14　　Martin O'Malley ("Commissioner"), denying Plaintiff's application for supplemental security

15　　income.  [Dkt. 1].  On February 21, 2024, the Court granted Plaintiff's application to proceed *in*

16　　*forma pauperis*, and on February 27, 2024, the Court completed the mandatory screening of

17　　Plaintiff's complaint, in accordance with 28 U.S.C. § 1915.  [Dkts. 5-6].  On March 25, 2024, the

18　　Commissioner filed the Administrative Record, in accordance with Rule 4 of the Supplemental

19　　Rules for Social Security Actions.  [Dkt. 10].  By operation of the procedural rules, therefore,

20　　Plaintiff's brief for the requested relief was due within thirty days of the filing of the

21　　administrative record.  *See* Dkt. 3.

22　　　　　　On April 19, 2024, Plaintiff filed a motion requesting an additional four months to file an

23　　opening brief so that Plaintiff could find an attorney to represent her in this action.  [Dkt. 15].  The

24　　Court granted the request and ordered Plaintiff to file an opening brief by August 22, 2024.  [Dkt.

25　　16].  On August 21, 2024, Plaintiff filed her second motion for extension of time, in which she

26

27　　─────────────
　　[1] In actions involving requested review of a decision by the Commissioner of the Social Security
28　　Administration, the Court generally uses the first name and initial of last name (or just the initials)
　　of the plaintiff in the Court's public Orders out of an abundance of caution and out of regard for
　　any privacy concerns on plaintiff's behalf.

United States District Court
Northern District of California

1  requested an additional three months to file an opening brief so that Plaintiff could find an

2  attorney.  [Dkt. 17].  The Commissioner did not oppose that motion.  [Dkt. 19].  The Court granted

3  the second request and ordered Plaintiff to file an opening brief by November 20, 2024.  [Dkt. 20].

4       As the procedural history demonstrates, this case has been pending for almost one year

5  with no substantive progress.  To date, Plaintiff has neither filed an opening brief nor requested a

6  further extension of time from the Court to do so.  The November 20, 2024 deadline for filing an

7  opening brief has passed by over a month without any communication from Plaintiff to the Court.

8       The Court possesses the inherent power to dismiss an action *sua sponte* if the plaintiff fails

9  to prosecute or comply with court orders.  Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370

10  U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d

11  983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).  Plaintiff is hereby

12  warned that failure to comply with this Court's orders and failure to prosecute this case, including

13  failure to respond to this Order to Show Cause and further including failure to file an opening brief

14  by the deadline, will result in negative consequences for Plaintiff, **including dismissal of this**

15  **action**.

16       Accordingly, by no later than **__January 13, 2025__**, Plaintiff shall file either (1) a written

17  response to this Order explaining why this action should not be dismissed for failure to prosecute

18  this case or for failure to comply with this Court's directives and orders, or (2) an opening brief as

19  required by Supplemental Rule 6.  If Plaintiff needs yet additional time to prepare and file an

20  opening brief, Plaintiff **SHALL** explain why and how much additional time is needed.  If Plaintiff

21  fails to respond to this Order to Show Cause by the January 13, 2025 deadline, the Court will

22  reassign this action to a District Judge with the recommendation that this action be dismissed

23  without prejudice for failure to prosecute and for failure to comply with court orders.

24       **IT IS SO ORDERED.**

25  Dated:  December 20, 2024

26  _____

27  PETER H. KANG
   United States Magistrate Judge

28

2